UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LUIS CUAHAUTHEMOC GRANADOS, JR.,

      Plaintiff,

      v.                                               Case No. 19-C-1277

EDWARD DREWITZ,

      Defendant.

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

      Plaintiff Luis Cuahauthemoc Granados, Jr., who is currently incarcerated at Green Bay Correctional Institution and representing himself, filed this 42 U.S.C. § 1983 action against Defendant Edward Drewitz on September 3, 2019. On June 1, 2020, Plaintiff filed a motion to compel Defendant to respond to Plaintiff's discovery requests. Defendant filed a response to the motion in the form of an attorney declaration on June 12, 2020, indicating that Defendant has responded to all outstanding written discovery served by Plaintiff. It thus appears that any outstanding discovery dispute has been resolved. Accordingly, Plaintiff's motion to compel (Dkt. No. 23) is **DENIED**.

      **SO ORDERED** at Green Bay, Wisconsin this 17th day of June, 2020.

                                                          s/ William C. Griesbach
                                                            William C. Griesbach, District Judge
                                                            United States District Court